

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re Brian Lee Swanson,

No. 11-23-00047-CV

\* Original Mandamus Proceeding

\* October 5, 2023

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Brian Lee Swanson's motion to dismiss his petition for writ of mandamus and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the motion to dismiss is granted and the petition is dismissed.